United States Courts
Southern District of Texas A
FILED

JAN 23 2026

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_Houston_ DIVISION

_Tiffany Nichole Ansley_

§
§
§

versus

§
§

CIVIL ACTION NO. _____

_Wellpath LLC   ReeSol Recovery Solutions, LLC_
_Michelle Founders, Misty Norton_
_Lydia Fletcher_

§
§
§

### EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: _Tiffany Nichole Ansley_

   Address: _3903 Yorktown Rd 480 E Bay Area Blvd #332 Chattanooga, TN 37416   Webster TX 77598_

   County of Residence: _____

3. The defendant is: _Wellpath LLC_

   Address: _____

☑ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on _9/30/2024_ with the Equal Opportunity Commission.

5. On the date of _9/5/2025_, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

1

6.    Because of the plaintiff's:

     (a) ☑ race

     (b) ☐ color

     (c) ☐ Sex

     (d) ☐ Religion

     (e) ☐ national orgin,

the defendant has:

     (a) ☐ failed to employ the plaintiff

     (b) ☑ terminated the plaintiff's employment

     (c) ☐ failed to promote the plaintiff

     (d) ☐ other: _____

_____

_____

7.    When and how the defendant has discriminated against the plaintiff:

In February 2024, the plaintiff was terminated from employment, and told that it was for loss of security clearance, two times, while white counterparts lost clearance three or more times before being terminated

8.    The plaintiff requests that the defendant be ordered:

     (a) ☐ to stop discriminating against the plaintiff

     (b) ☐ to employ the plaintiff

     (c) ☐ to re-employ the plaintiff

     (d) ☐ to promote the plaintiff

     (e) ☐ to _____

_____

_____ and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and

attorney's fees.

_____
(Signature of Plaintiff)

Address:    3903 Yorktown Rd
            Chattanooga, TN
_____

Telephone:    346-285-3861

3